IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN
DISTRICT OF WISCONSIN

CORY WELCH,

    Plaintiff,

v.                                    Case No. 23-CV-0502

CHRIS EPLETT,

    Defendant.

## NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT

The Defendant by his attorneys, Wisconsin Attorney General Joshua L. Kaul, Assistant Attorneys General Annie V. Petering and Jeffrey A. Simcox, hereby give notice of removal of this civil action from the Dodge County Circuit Court to the United States District Court for the Eastern District of Wisconsin pursuant to 28 U.S.C. §§ 1441, 1446. The grounds for removal are as follows:

1. Dodge County Case No. 23CV0140 has been commenced and is pending in the Circuit Court for Dodge County.

2. Plaintiff is held in the custody of the Fox Lake Correctional Institution. This action was commenced when he filed a Summons and Complaint on April 4, 2023. Chris Eplett accepted service of the Summons and Complaint via United States Postal Service on March 23, 2023.

3. Pursuant to 28 U.S.C. § 1446(a), a true and complete copy of the Summons and Complaint is attached to this Notice as Exhibit 1.

4. This action is being timely removed on April 18, 2023, within 30 days after service on the Defendant. *Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 353-54 (1999). Defendant Chris Eplett is the only defendant in this matter.

5. The civil action now governed by the Complaint remains pending.

6. The action arises under provisions of the federal constitution and federal statute, specifically 42 U.S.C. § 1983.

7. This Court has original jurisdiction over claims arising under the Constitution or laws of the United States. 28 U.S.C. § 1331.

8. This action may be removed to this Court pursuant to 28 U.S.C. § 1441(a), which authorizes removal of "any civil action brought in a State court of which the district courts of the United States have original jurisdiction." 28 U.S.C. § 1441(a); *see also Wis. Dep't of Corrs. v. Schacht*, 524 U.S. 381, 386 (1998). Removal is proper when federal law claims are asserted in state court, even if those federal law claims may be initiated in state court. *Breuer v. Jim's Concrete of Brevard, Inc.*, 538 U.S. 691, 693 (2003).

9. The United States District Court for the Eastern District of Wisconsin is the proper venue for removal of this action because the action was commenced and is pending in a Wisconsin circuit court within this district. 28 U.S.C. § 1441(a).

10. Pursuant to 28 U.S.C. § 1446(d), written notice of the removal of this action, including a copy of this Notice of Removal, is being simultaneously mailed to

the plaintiff and to the Clerk of Courts for the Circuit Court of Dodge County, Wisconsin.

11. Pursuant to 28 U.S.C. § 1441(a), removal of these claims is mandatory upon compliance with 28 U.S.C. § 1446 as herein accomplished.

12. Defendant is represented by undersigned counsel and consents to this removal.

**WHEREFORE**, Defendant represents that he has complied with the applicable provisions of law and give notice that this action stands removed from the Circuit Court for Dodge County, Wisconsin, to the United States District Court for the Eastern District of Wisconsin.

Dated this 19th day of April 2023.

Respectfully submitted,

JOSHUA L. KAUL
Attorney General of Wisconsin

s/Annie V. Petering
Annie V. Petering
Assistant Attorney General
State Bar #1076522

JEFFERY A. SIMCOX
Assistant Attorney General
State Bar #1116949
Attorneys for Defendant

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 267-2229
(608) 294-2907 (Fax)
peteringav@doj.state.wi.us
simcoxja@doj.state.wi.us